Secretary to John J. Immordino
JOHN J. IMMORDINO (State Bar No. 93874)
SUSANNAH M. DUDLEY (State Bar No. 182939)
CHRISTOPHER B. QUEALLY (State Bar No. 229154)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California   90071
Telephone: (213) 443-5100
Facsimile:  (213) 443-5101
Attorneys for Defendant, ARCH INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROPLATE CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:  1:06-cv-1099 AWI-SMS<br>Hon. Judge Anthony W. Ishii Presiding<br>Courtroom 2<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT ARCH INSURANCE COMPANY'S MOTION TO DISMISS *OR IN THE ALTERNATIVE* MOTION FOR SUMMARY JUDGMENT BASED ON CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16 [ANTI-SLAPP MOTION] AND ORDER**<br><br>**Current Date:   September 25, 2006**<br>**Time:               1:30 p.m.**<br>**Crtrm:              2**<br><br>**Continued Date: October 10, 2006**<br>**Time:               1:30 p.m.**<br>**Crtrm:              2** |

TO THE HONORABLE COURT:

   IT IS HEREBY STIPULATED by and between Plaintiff, AEROPLATE CORPORATION ("AEROPLATE"), and Defendant, ARCH INSURANCE COMPANY ("ARCH"), through their respective counsel of record, that the hearing

1. date on ARCH's motion to dismiss, or alternatively for summary judgment based on California Code Of Civil Procedure § 425.16 [Anti-Slapp Motion] be continued from September 25, 2006 to October 10, 2006 at 1:30 p.m. in Courtroom 2 of the above-entitled Court.

Such continuance is at the request of counsel for AEROPLATE who will be out of the country from September 21, 2006 through October 2, 2006.

Dated: ._____, 2006                                    BRUCKNER & WALKER

/s/ William L. Bruckner
By:_____
William L. Bruckner
Attorneys for Plaintiff, AEROPLATE CORPORATION

Dated: ._____, 2006                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ John J. Immordino
By:_____
John J. Immordino
Susannah M. Dudley
Christopher B. Queally
Attorneys for Defendant ARCH INSURANCE COMPANY

## ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS SO ORDERED.

**Dated:   September 1, 2006**                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE

2