IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROPLATE CORPORATION, a California corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ARCH INSURANCE COMPANY, a Missouri corporation, and DOES 1 through 20, inclusive,  )<br>)<br>)<br>Defendants.  )<br>_____ ) | CV F 06-1099  AWI SMS<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO CONTINUE HEARING DATE OF OCTOBER 10, 2006<br><br><br>Document # 29 |

Plaintiff Aeroplate Corporation has moved *ex parte* for continuance of the hearing date on Defendants' motion to dismiss or in the alternative for summary judgment, currently scheduled for October 10, 2006, at 1:30 p.m.  The continuance is requested to accommodate the need for Plaintiff's counsel to attend a charitable event.  The court notes that all briefing pertaining to Defendants' motion to dismiss has been submitted.  Te request for continuance also coincides with the court's need for additional time to review the parties' submissions.

THEREFORE, for good cause shown, Plaintiff's request to continue the hearing on Defendants' motion to dismiss is hereby GRANTED.  The currently-scheduled hearing date of October 10, 2006, is hereby VACATED, and no party shall appear at that time.  The hearing on Defendants' motion to dismiss is hereby rescheduled to Monday, October 23, 2006, at 1:30 p.m. in courtroom 2.

1  IT IS SO ORDERED.

2  **Dated:   October 3, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE

2