1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROPLATE CORPORATION, a California corporation,        )<br>)<br>) | CV F 06-1099  AWI SMS |
| Plaintiff,                                              )<br>)<br>) | AMENDED ORDER VACATING HEARING DATE OF OCTOBER 10, 2006 |
| v.                                                     )<br>) | |
| ARCH INSURANCE COMPANY, a Missouri corporation, and DOES 1 through 20, inclusive, )<br>)<br>) | Document # 29 |
| Defendants.                                            )<br>) | |

On October 2, 2006, Plaintiff Aeroplate Corporation moved *ex parte* for continuance of the hearing date on Defendants' motion to dismiss or in the alternative for summary judgment ("motion to dismiss"), currently scheduled for October 10, 2006, at 1:30 p.m.  The continuance is requested to accommodate the need for Plaintiff's counsel to attend a charitable event.  On October 3, 2006, Defendants filed an opposition to Plaintiff's *ex parte* motion to continue the hearing.  Defendants' opposition stated the new hearing date of October 23, 2006, proposed in plaintiff's *ex parte* motion, conflicts with Defendant counsel's availability.

On October 3, 2006, prior to receiving Defendants' opposition, the court granted Plaintiff's *ex parte* motion and re-set the hearing date for October 23, 2006.  That order was filed on October 4, 2006.  The court has preliminarily reviewed Defendants' motion to dismiss, Plaintiff's opposition and Defendants' reply and has determined that the matter appears suitable for decision without oral argument.   Local Rule 78-230(h).

1    THEREFORE, in view of the foregoing, the court hereby amends its order of October
2 4, 2006 as follows:  The currently-scheduled hearing date of October 10, 2006, is hereby
3 VACATED, and no party shall appear at that time.  As of October 10, 2006, Defendants
4 motion to dismiss will be taken under submission and the court will thereafter render its
5 decision.  If, upon further review of the materials submitted by the parties, the court
6 determines oral argument would be helpful to the court's resolution of the matter, the parties
7 will be notified and a date for oral argument will be set by mutual agreement of the parties.

9    IT IS SO ORDERED.

10   **Dated:   October 5, 2006**                            /s/ Anthony W. Ishii
     0m8i78                                                     UNITED STATES DISTRICT JUDGE