IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AEROPLATE CORPORATION, a California corporation, | ) ) ) | CV F 06-1099  AWI SMS |
| Plaintiff, | ) ) ) | ORDER VACATING HEARING DATES AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) | |
| ARCH INSURANCE COMPANY, a Missouri corporation, and DOES 1 through 20, inclusive, | ) ) ) ) | Document # 29 |
| Defendants. | ) ) ) | |

On October 2, 2006, Plaintiff Aeroplate Corporation moved *ex parte* for continuance of the hearing date on Defendants' motion to dismiss or in the alternative for summary judgment ("motion to dismiss"), that was scheduled for October 10, 2006, at 1:30 p.m.  The court, after initially granting Aeroplate's motion to continue, amended that order on October 10, 2006, to vacate the October 10 hearing date and take the matter under submission.  To avoid any potential misunderstanding the court hereby informs the parties that by amending the initial order that granted Aeroplate's motion to continue, the court impliedly denied Aeroplate's motion to continue.

It is therefore HEREBY ORDERED that the hearing dates of October 10, 2006, and October 23, 2006, have been VACATED and no party shall appear on October 23, 2006.  The matter has been taken under submission as of October 10, 2006.

IT IS SO ORDERED.

**Dated:     October 18, 2006**              /s/ Anthony W. Ishii
h2ehf                                         UNITED STATES DISTRICT JUDGE