JOHN J. IMMORDINO (State Bar No. 93874)
SUSANNAH M. DUDLEY (State Bar No. 182939)
CHRISTOPHER B. QUEALLY (State Bar No. 229154)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California  90071
Telephone: (213) 443-5100
Facsimile:  (213) 443-5101
Attorneys for Defendant, ARCH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROPLATE CORPORATION, a California corporation,<br><br>                          Plaintiff,<br>v.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation and DOES 1 through 20, inclusive,<br><br>                          Defendants. | Case No.:  1:06-cv-1099 LJO-SMS<br>Hon. Judge Lawrence J. O'Neill Presiding<br>Courtroom 4<br>Hon. Magistrate Judge Sandra M. Snyder<br>Courtroom 7<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF; DECLARATION OF JOHN J. IMMORDINO AND ORDER**<br><br>**Current Date:     August 31, 2007**<br><br>**Continued Date: October 1, 2007** |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff, AEROPLATE CORPORATION ("AEROPLATE"), and Defendant, ARCH INSURANCE COMPANY ("ARCH"), through their respective counsel of record, that the non-expert discovery deadline be extended solely for the depositions referenced in this Stipulation to October 1, 2007, and said parties respectfully request that the Court issue its Order as prayed. Good cause exists for the requested order in that

1
STIPULATION TO EXTEND DISCOVERY CUTOFF AND [PROPOSED] ORDER

the parties need the additional time for the percipient/fact witness depositions and it would obviate the need to make formal motion(s) to extend the discovery deadline and thus promotes judicial efficiency.

This Stipulation is based upon the following facts:

1) The Court set the non-expert discovery deadline for August 31, 2007 by Scheduling Conference Order filed and entered on January 26, 2007. [Declaration of John J. Immordino, ¶ 3]

2) Both plaintiff's and defendant's counsel have trial shedules that make it extremely difficult, if not impossible, to complete the necessary percipient/fact witness depositions, especially when considering the availability of certain of the deponents, by August 31, 2007. [Declaration of John J. Immordino, ¶¶ 4 and 5]

3) The parties currently have depositions proposed for the necessary percipient/fact witnesses, the last of which is set for September 14, 2007. It is thus necessary to extend the non-expert discovery deadline to accommodate the desired deposition dates. [Declaration of John J. Immordino, ¶¶ 4 and 5]

4) Trial is currently set for January 28, 2008. The pretrial conference is currently set for December 6, 2007. A settlement conference is also currently set for November 27, 2007. [Declaration of John J. Immordino, ¶ 3]

5) The parties respectfully request that the Court extend the non-expert discovery deadline only for the purpose of taking the desired depositions, to October 1, 2007

Dated: .August 14, 2007                              BRUCKNER & WALKER

                                                     /s/ William L. Bruckner

                                                     By:_____
                                                     William L. Bruckner
                                                     Jessica Snyder
                                                     Attorneys for Plaintiff, AEROPLATE CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

Dated: .August 14, 2007         WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                                    /s/ John J. Immordino
                                By: _____
                                    John J. Immordino
                                    Susannah M. Dudley
                                    Christopher B. Queally
                                Attorneys for Defendant ARCH
                                INSURANCE COMPANY


## **ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the non-expert discovery cutoff is extended to October 1, 2007 for the purpose of completing the percipient/fact witness depositions.


Date: 8/14/2007                  /s/ Sandra M. Snyder
                                HON. SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE
                                JUDGE

575970-1
PDF created with pdfFactory trial version www.pdffactory.com

## DECLARATION OF JOHN J. IMMORDINO

I, JOHN J. IMMORDINO, declare as follows:

1. I am an attorney at law duly licenses to pratice before all of the courts of the State of California and am licensed topractice before this court. I am Of Counsel to the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys of record for Defendant, Arch Insurance Company in this matter.

2. I know all of what follows of my own personal knowledge, except that which is stated on information and belief, and as to same I believe it to be true.

3. The non-expert discovery deadline is currently August 31, 2007, such date being set in the Scheduling Conference Order filed and entered on January 26, 2007. The Scheduling Conference Order also set a settlement conference for November 27, 2007; and set trial for January 29, 2008 – later changed by Minute Order filed on March, 5 2007, to January 28, 2008 – and set a pretrial conference for December 7, 2007 – later changed by Minute Order filed on March, 5 2007, to December 6, 2007.

4. I currently have a trial set for August 20, 2007, in the Ventura County Superior Court of California, and it is expected to be a 10-15 day jury trial. It is likely that the trial will go forward and I will be unable to conduct the necessary fact witness depositions on or before August 31, 2007. I expect to take the depositions of Mary Williams and Bill Williams of Aeroplate Corporation. I currently have them set for August 27 and August 28, 2007,  respectively, but if necessary I would need to move them to September 13 and September 14, 2007, respectively.

5. I am informed and believe that counsel for Aeroplate, William Bruckner and Jessica Snyder, currently have a trial set for September 7, 2007,and it is expected to be a 4 day jury trial. Trial preparation will be concentrated in late August.  Given the trial calendar for counsel for Aeroplate, Aeroplate has noticed the following depositions for the following dates:

PDF created with pdfFactory trial version www.pdffactory.com

(a) Susan Neff of Arch Insurance Co. for August 22, 2007;

(b) Mike Mitchell of the Fresno Air National Guard for August 24, 2007;

(c) Mike Thomas of Willis Insurance Services for August 30, 2007;

(d) Richard Hallett of Arch Insurance Co. for September 6, 2007;

(e) Mike Pete of Arch Insurance Co. for September 10, 2007;

(f) Brooke LaFrenz of Willis Insurance Services for September 11, 2007;

6. The parties have agreed to extend the discovery deadline for the above-noted depositions and need the Court's approval per Local Rule 6-144 of the Eastern District Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is executed this 14th day of August, 2007, at Los Angeles, California.

/s/ John J. Immordino

_____

JOHN J. IMMORDINO

Filed via CM/ECF on August 14, 2007

Copy of the foregoing *electronically served* this 14th day of August, 2007 with:

William L. Bruckner, Esq.
Loren L. Lunsford, Esq.
Bruckner & Walker
4550 Kearney Villa Road, Suite 209
San Diego, California  92123
Email: bill@brucknerwalker.com
Email: loren@brucknerwalker.com
    Attorneys for Plaintiff, Aeroplate Corporation.

    /s/Raquel Burgess
By:_____
    Raquel Burgess

5
STIPULATION TO EXTEND DISCOVERY CUTOFF AND [PROPOSED] ORDER

575970-1

PDF created with pdfFactory trial version www.pdffactory.com