BRUCKNER & WALKER, LLP
William L. Bruckner  SBN 132677
Jessica J. Snyder SBN 246871
4550 Kearny Villa Road, Suite 209
San Diego, California 92131
(858) 565-8300  telephone
(858) 565-0813  facsimile

Attorneys for Aeroplate Corp.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROPLATE CORP., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARCH INSURANCE COMPANY, a Missouri corporation, and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.  1:06-cv-1099 LJO-SMS<br><br>STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE;<br><br>ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, that the deadline to conduct expert witness depositions be extended to November 30, 2007.

Good cause exists to extend the expert witness deposition deadline for the following reason:

1.  Both parties have been involved in an ongoing trial in a different matter through out the month of October.

2.  The original deadline of October 12, 2007 did not supply adequate time for either party to schedule and conduct expert witness depositions.

1

PDF created with pdfFactory trial version www.pdffactory.com

3.   Both parties intend on deposing the expert witnesses and there is sufficient time before trial to do so.

Furthermore, this stipulation is entered into in good faith and is not made for the purpose of delay.

SO STIPULATED.

DATED: October 18, 2007.

Bruckner & Walker, LLP

By:      /s/Jessica J. Snyder
         Jessica J. Snyder
         Attorneys for Plaintiff
         Aeroplate Corp.

SO STIPULATED.

DATED: October 18, 2007.

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

By:      /s/John J. Immordino
         John J. Immordino
         Susannah M. Dudley
         Attorneys for Defendant
         Arch Insurance Company

2

STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE

1

<u>ORDER</u>

2

3

        IT IS HEREBY ORDERED that the deadline to conduct expert witness deposition in

4

this case is extended to November 30, 2007.

5

        Plaintiffs shall give notice of this Order.

6

        IT IS SO ORDERED on this <u>24th</u>   day of   <u>        October  </u>, 2007

7

8

                                        /s/ Sandra M. Snyder
                                        U.S. Magistrate Judge of the District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com