1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11 AEROPLATE CORPORATION,                    CASE NO. CV F 06-1099 LJO SMS

12              Plaintiff,                    **ORDER TO CLOSE ACTION**

13        vs.

14 ARCH INSURANCE COMPANY,

15              Defendants.
                                    /
16

17        This Court entered its November 20, 2007 order to grant Arch Insurance Company summary

18 judgment on plaintiff Aeroplate Corporation's then pending claims.  At that time, plaintiff Aeroplate

19 Corporation's motion to amend its complaint was pending.  By a December 5, 2007 order, plaintiff

20 Aeroplate Corporation's motion to amend its complaint was denied.  As such, this Court DIRECTS the

21 clerk to enter judgment in favor of defendant Arch Insurance Company and against plaintiff Aeroplate

22 Corporation and to close this action.

23

24 IT IS SO ORDERED.

25 **Dated:    December 6, 2007**              ___/s/ Lawrence J. O'Neill___
                                            UNITED STATES DISTRICT JUDGE
26
27
28

1